# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **BRONISLAV VULAKH,** | : |
| **Plaintiff,** | : |
| | : |
| **v.** | :     **CIVIL NO. 08-5773** |
| | : |
| **MICHAEL J. ASTRUE, COMMISSIONER** | : |
| **OF SOCIAL SECURITY,** | : |
| **Defendant.** | : |
| | : |

## ORDER

**AND NOW**, this 30th day of December, 2009, after careful review and independent consideration of Plaintiff's request for review, Defendant's response thereto, Plaintiff's reply, and review of the Report and Recommendation of Carol Sandra Moore Wells, United States Magistrate Judge, to which no Objections are filed, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review is **GRANTED** in part and **DENIED** in part; and

3. The case is **REMANDED** to the Commissioner of the Social Security Administration so that the Administrative Law Judge ("ALJ") can conduct additional proceedings consistent with the Report and Recommendation. Specifically, upon remand, the ALJ shall: (a) clearly articulate whether Plaintiff has the residual functional capacity to perform semi-skilled work; (b) ask a vocational expert whether Plaintiff's moderate restriction on his ability to interact appropriately with the public precludes his past relevant work; (c) expressly determine whether Plaintiff can perform work that involves the stress of mixed salaried and commissioned sales; and (d) explain adequately why Plaintiff's Global Assessment of Functioning scores are inconsistent with his treatment notes.

It is so **ORDERED**.

**BY THE COURT:**

/s/ Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J.**